# Law Offices of Colin Mulholland

**Employment and Civil Litigation**

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

January 12, 2026

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

### Re: Grullon v. 10 East Fordham Fashion Inc. et al., 25-cv-06468-RWL

Your Honor,

Plaintiff would respectfully request three weeks to submit the Cheeks motion in this matter arising under the FLSA. We have an agreement in circulation.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Granted.  Cheeks submission due by February 2, 2026.

SO ORDERED:

1/13/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE