# Law Offices of Colin Mulholland

### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

February 2, 2026

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Grullon v. 10 East Fordham Fashion Inc. et al., 25-cv-06468-RWL**

Your Honor,

The parties circulated an agreement weeks ago and made edits to a proposed final draft; however, I have not received any further edits or an executed copy from Defendants yet.  If the Court would so permit, Plaintiff would request until next Tuesday February 10, 2026 to resolve this issue with Defense counsel.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Granted.  Defendants shall update Plaintiff as to status by February 5, 2026.

SO ORDERED:

2/3/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE