# Law Offices of Colin Mulholland
### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

February 5, 2026

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Grullon v. 10 East Fordham Fashion Inc. et al., 25-cv-06468-RWL**

Your Honor,

I spoke with Defendant counsel today and my understanding is that the Defendants

are ok with the draft in circulation and will be executing within the next few days.

Plaintiffs would respectfully request until February 13, 2026 to submit the Cheeks

motion in this matter.

The parties thank the Court for its patience with this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Granted.

SO ORDERED:

2/6/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE